No. 733. VIRGINIAN RAILWAY CO. *v.* CHAMBERS;
No. 734. SAME *v.* FITZGERALD; and
No. 735. SAME *v.* HYLTON. March 9, 1931. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. John R. Pendleton* and *W. H. T. Loyall* for petitioner. *Mr. Russell S. Ritz* for respondents.

No. 709. HANDY & HARMAN *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. March 16, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. William C. Breed* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *John Henry McEvers* for respondent.

No. 711. IOWA-DES MOINES NATIONAL BANK *v.* STEWART, CHAIRMAN OF THE BOARD OF SUPERVISORS; and
No. 712. CENTRAL STATE BANK *v.* SAME. March 16, 1931. Petitions for writs of certiorari to the Supreme Court of Iowa granted. *Messrs. J. G. Gamble* and *A. B. Howland* for petitioners. *Messrs. Eskil C. Carlson, Charles Hutchinson, George A. Wilson,* and *Maxwell A. O'Brien* for respondent.